KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARA AYDINYAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, Director, United States )<br>Citizenship and Immigration Services, )<br>)<br>Defendant. )<br>_____ ) | No. C 06-1639 SBA<br><br>**STIPULATION TO DISMISS AND [ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the United States Citizenship and Immigration Services adjudication of Plaintiff's application for Refugee/Asylee Relative Petition (Form I-730) on March 30, 2006.

    Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C06-1639 SBA

1 | Date: April 7, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: April 7, 2006

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:     4/11/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip to Dismiss
C06-1639 SBA